IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALICIA RODRIGUEZ,

      **Plaintiff,**

v.                                  Case No. 4:19cv66-MW/CAS

MAXIM HEALTHCARE
SERVICES, INC.,

      **Defendant.**
_____/

**ORDER GRANTING MOTION TO STAY DISCOVERY
PENDING RULING ON MOTION TO DISMISS**

This Court has considered, without hearing, Defendant's Motion to Stay Discovery Pending Court's Ruling on Motion to Dismiss. ECF No. 34. The motion is **GRANTED** over the opposition of Plaintiff. Discovery is stayed pending this Court's ruling on the motion to dismiss. At such time, if necessary, this Court shall set new deadlines.

**SO ORDERED on November 1, 2019.**

                                                s/Mark E. Walker
                                                **Chief United States District Judge**