UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALICIA RODRIGUEZ,

VS                                         CASE NO. 4:19-cv-66-MW-MAF

MAXIM HEALTHCARE
SERVICES, INC.,

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

JESSICA J. LYUBLANOVITS
CLERK OF COURT

July 27, 2020                     s/Ronnell Barker
DATE                              Deputy Clerk: Ronnell Barker